UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO CARCAMO PEREZ,<br><br>Petitioner,<br><br>v.<br><br>Christopher J. LAROSE, Senior Warden, Otay Mesa Detention Center, San Diego, California; TODD M. LYONS, Acting Director, Immigration and Customs Enforcement (ICE), U.S. Department of Homeland Security (DHS); DAREN K. MARGOLIN, Director for Executive Office for Immigration Review (EOIR); MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security (DHS); TODD BLANCHE, Acting Attorney General of the United States,<br><br>Respondents. | Case No.: 26-cv-04287-RSH-VET<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |

On July 27, 2026, petitioner Mario Carcamo Perez filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. On August 3, 2026, Petitioner filed amended petition to correct the spelling of his name. ECF No. 4. Petitioner, who is in immigration custody, alleges that he has been unlawfully subjected to mandatory

detention, and seeks his release or a bond hearing pursuant to 8 U.S.C. § 1226(a). *Id.* at 13-16. On August 4, 2026, Respondents filed a return stating that they do not oppose an order directing a bond hearing pursuant to 8 U.S.C. § 1226(a). ECF No. 5 at 2.

Accordingly, the Petition is **GRANTED**. Respondents are directed to arrange a bond hearing for Petitioner before an immigration court within ***fourteen (14) days*** of this order pursuant to 8 U.S.C. § 1226(a). The Court declines to order Petitioner's immediate release. To the extent Petitioner seeks attorneys' fees, he must file a noticed motion pursuant to the Civil Local Rules of this district and the undersigned's pretrial civil procedures.

**IT IS SO ORDERED**.

Dated: August 12, 2026

_____
Hon. Robert S. Huie
United States District Judge

26-cv-04287-RSH-VET